# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY RECTOR, JR., ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> WILLIAM STROUD SR., et al., ) <br> ) <br> **Defendants.** ) | Case No. 19-cv-00371-JPG |

# JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court this action is **DISMISSED** without prejudice to Plaintiff pursuing any avenue of relief that may be available in the state court system**.** The parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g). Judgment is entered in favor of Defendants and against Plaintiff.

**DATED: 6/4/2019**

                **MARGARET M. ROBERTIE,**
                **Clerk of Court**


                **By:** *s/ Tanya Kelley*
                  **Deputy Clerk**


**APPROVED: s/J. Phil Gilbert**
       **J. PHIL GILBERT**
      **United States District Judge**